

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00380-CV

**IN THE INTEREST OF L.L.N-P., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01933
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant has filed a motion to supplement the appellate record in which appellant points out the trial clerk's record does not contain a copy of the final order in the underlying case, which was signed on July 12, 2018. Appellant also requests that the deadline for filing appellant's brief be extended to twenty days following the filing of the supplemental record.

We GRANT appellant's motion. We ORDER the trial court clerk to, on or before **August 13, 2018,** supplement the appellate record with the final order in the underlying case or provide a response as to why the appellate record cannot be so supplemented. Appellant's brief is due twenty days after the supplemental record is filed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court